WEST SHORE RAILROAD COMPANY, APPELLANT, v. THE STATE BOARD OF TAXES AND ASSESSMENT ET AL., RESPONDENTS.

UNITED NEW JERSEY RAILROAD AND CANAL COMPANY, APPELLANT, v. THE STATE BOARD OF TAXES AND ASSESSMENT ET AL., RESPONDENTS.

CENTRAL RAILROAD COMPANY OF NEW JERSEY, APPELLANT, v. THE STATE BOARD OF TAXES AND ASSESSMENT ET AL., RESPONDENTS.

HUDSON AND MANHATTAN RAILROAD COMPANY, APPELLANT, v. THE STATE BOARD OF TAXES AND ASSESSMENT ET AL., RESPONDENTS.

RARITAN RIVER RAILROAD COMPANY, APPELLANT, v. THE STATE BOARD OF TAXES AND ASSESSMENT ET AL., RESPONDENTS.

LEHIGH VALLEY RAILROAD COMPANY ET AL., APPELLANT, v. THE STATE BOARD OF TAXES AND ASSESSMENT ET AL., RESPONDENTS.

ERIE RAILROAD COMPANY, APPELLANT, v. THE STATE BOARD OF TAXES AND ASSESSMENT ET AL., RESPONDENTS.

Argued November 22, 1918—Decided February 6, 1919.

On appeal from the Supreme Court, whose opinion is reported in 92 *N. J. L.* 332.

For the appellant, *Collins & Corbin.*

For the respondents, *John W. Wescott,* attorney general.

*92 N. J. L.*    West Shore R. R. Co. v. State Board of Taxes.

PER CURIAM.

The judgments under review in the above stated cases should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Minturn in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, PARKER, BERGEN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, JJ.   10.

*For reversal*—None.